■ SANTOKH S. BADESHA et al., Appellants-Respondents, v PARMINDER S. SOCH et al., Respondents-Appellants. [960 NYS2d 920]—Appeal and cross appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered April 24, 2012. The order denied plaintiffs' motion and defendants' cross motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Peradotto, Carni, Whalen and Martoche, JJ.